IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                    Case No. 11-20005-003 & 004

ALEJANDRO LOPEZ-PLACENCIA, and
RAMIRO SALAZAR-PLACENCIA                                              DEFENDANTS

## ORDER

Now before the Court is Counsel Robert C. Marquette's Motion for Leave to Withdraw as Attorney of Record for Defendant Ramiro Salazar-Aleman (doc. 93); Counsel Marquette's Motion for Leave to Withdraw as Attorney of Record for Defendant Alejandro Lopez-Placencia (doc. 94); Defendant Lopez-Placencia's Motion to Appoint Counsel (doc. 90); and Defendant Lopez-Placencia's Motion for Leave to File Belated Appeal (doc. 100).  Also before the Court is the report and recommendation filed in this case on January 20, 2012, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.[1] (Doc. 99).

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  The Court finds excusable neglect or good cause

---

[1] On January 20, 2012, the Court referred pending motions (docs. 90, 93, and 94) to the Honorable James. R. Marschewski.

to warrant an extension of time for Defendant Lopez-Placencia to file his notice of appeal. *See* F.R.A.P. Rule 4(b)(4). It is ordered that Defendant Lopez-Placencia be permitted to file his notice of appeal through and including February 3, 2012. It is further ordered that Mr. Robert Marquette is hereby appointed to represent Defendant Lopez-Placencia.

Accordingly, Counsel Marquette's Motion for Leave to Withdraw as Attorney of Record for Defendant Ramiro Salazar-Aleman (doc. 93) is **DENIED**; Counsel Marquette's Motion for Leave to Withdraw as Attorney of Record for Defendant Alejandro Lopez-Placencia (doc. 94) is **DENIED**; Defendant Lopez-Placencia's Motion to Appoint Counsel (doc. 90) is **DENIED as moot**; and Lopez-Placencia's Motion for Leave to File Belated Appeal (doc. 100) is **GRANTED**. The Court advises that any motion to file a belated notice of appeal on behalf of Defendant Ramiro Salazar-Aleman must be filed within applicable deadlines.

IT IS SO ORDERED this 31st day of January 2012.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge