IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DISTRICT

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

v.          Civil No.      2:12-CV-02186
            Criminal No.   2:11-CR-20005-004

RAMIRO SALAZAR-ALEMAN                                       DEFENDANT/MOVANT

**O R D E R**

Movant, a federal prisoner presently housed at the YANKTON FEDERAL PRISON CAMP, has filed a Motion Under 28 U.S.C. §2255 for review by this court (ECF No. 116) on August 20, 2012. Having reviewed the motion, Respondent is ordered to file a response within thirty (30) days from the date of this order.

IT IS SO ORDERED this August 22, 2012.

/s/ J. Marschewski
James R. Marschewski
Chief United States Magistrate Judge