IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                    NO. 2:11-CR-20005-004

RAMIRO SALAZAR-ALEMAN                                             DEFENDANT

ORDER

Now on this 26th day of October 2012, there comes on for consideration the report and recommendation filed herein on October 1, 2012, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 120). No objections have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety.[1] Accordingly, Defendant's *pro se* Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 116) is **GRANTED** for the purpose of re-sentencing to allow Defendant to file an appeal.

Defendant is hereby re-sentenced to 108 months with the Bureau of Prisons with all other conditions of Defendant's

---

[1] As detailed in the report and recommendation, Defendant initially raised three claims in his motion; however, after the Government filed its Response (doc. 118) Defendant filed his Reply (doc. 119) conceding his arguments on two claims. Defendant's remaining claim alleges defense counsel failed to file an appeal and request his sentence be vacated and that he be re-sentenced.

sentence to remain the same. The United States Probation Office is directed to prepare an Amended & Substituted Judgment in this matter.

Counsel Robert Marquette's motion for leave to withdraw (Doc. 93) has been reconsidered and is hereby GRANTED. The Federal Public Defender is appointed to represent Defendant. Defendant's notice of appeal must be filed within fourteen (14) days after entry of the Amended & Substituted Judgment.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge